

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00048-CV

IN THE MATTER OF S.B.      §     On Appeal from the County Court

§     of Young County (J00765)

§     July 25, 2019

§     Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and dismissed in part. Having sustained S.B.'s subissue 1(c) with regard to the allegations relating to J.Z. in the First Amended State's Adjudication Petition, and thus having not reached the portion of S.B.'s subissue 1(d) pertaining to that paragraph, we reverse the juvenile court's transfer order as to section II, paragraph 3, of the First Amended State's Adjudication Petition. We order that section II, paragraph 3 is dismissed. *See Moore I*, 446 S.W.3d at 50, 52. Having sustained the legal sufficiency portion of S.B.'s subissue 1(d) with regard to the allegations relating to L.V. in the First Amended State's Adjudication

Petition, we order that section II, paragraph 1 is also dismissed. *See id.* As to the allegations related to J.M., we affirm the juvenile court's order waiving its jurisdiction and transferring the case to a criminal district court for criminal proceedings. *See* Tex. Fam. Code Ann. § 54.02(j).

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth